# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

November 4, 2025

*Via ECF*

Hon. Paul J. Evangelista
U.S. Magistrate Judge
Northern District of New York
445 Broadway
Albany, NY 12207

     Re: *P.J.. v. Character Technologies, Inc. et al.*, No. 25-CV-1295

Your Honor:

     Upon consent and stipulation of all parties, it is respectfully requested that the time for all Defendants to answer or otherwise respond to the Complaint in the above-referenced matter be extended to January 13, 2026. Additionally, all parties respectfully request that the Initial Conference set for December 15, 2025, at 9:30 AM, be adjourned, and all associated deadlines be continued, until after January 13, 2026.

     Please do not hesitate to contact me should you have any questions or concerns.

     Very truly yours,

     **CAPEZZA HILL, LLP**

By: _____
     Benjamin W. Hill