# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

January 6, 2025

*Via ECF*

Hon. Paul J. Evangelista
U.S. Magistrate Judge
Northern District of New York
445 Broadway
Albany, NY 12207

    Re: *P.J.. v. Character Technologies, Inc. et al.*, No. 25-CV-1295

Your Honor:

    Upon behalf of all parties, I write to inform the Court that the parties have reached a settlement in principle in the above-referenced matter. Therefore, the parties jointly request that this matter be stayed for ninety (90) days, during which time the parties will finalize the settlement. Within ninety (90) days, the parties will submit a stipulation of discontinuance or a joint status report on the progress of the settlement.

    Please do not hesitate to contact me should you have any questions or concerns.

Very truly yours,

**CAPEZZA HILL, LLP**

By: _____
       Benjamin W. Hill