**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

P.J. individually and on behalf of minor "Nina" J.,

Plaintiff,

v.

CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,

Defendants.

Civil No. 1:25-cv-01295

JURY TRIAL DEMAND

**NOTICE OF DISMISSAL WITH PREJUDICE**

As the parties previously advised the Court, Plaintiff and Defendants previously entered into an agreement in principle to resolve their dispute. That agreement was part of a global settlement ("the Global Settlement") involving the same defendants and numerous claimants.

In July 2026, the Global Settlement was approved by a California probate court as fair, reasonable, and in the best interests of all claimants, including Nina. The California probate court then tasked a referee to hear and determine all issues pertaining to each individual settlement comprising the Global Settlement.

On October 11, 2026, the referee approved each individual settlement comprising the Global Settlement, including the settlement of this action.

Because the referee's ruling has resolved this dispute in full, Plaintiff respectfully gives notice pursuant to Federal Rule Civil Procedure 41(a)(1) that this action is dismissed with prejudice.

IT IS SO ORDERED:

Mae A. D'Agostino
U.S. District Judge

Dated: October 15, 2026
Albany, NY

DATED: October 14, 2026

SOCIAL MEDIA VICTIMS LAW CENTER PLLC

Matthew P. Bergman
matt@socialmediavictims.org
Laura Marquez-Garrett
laura@socialmediavictims.org
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

MCKOOL SMITH, P.C.

By: */s/ Radu A. Lelutiu*

Radu A. Lelutiu
1301 Avenue of the Americas, 32nd fl.
New York, NY 10019
Telephone: (212) 402-9401

*Attorneys for Plaintiff*